**John C. BUCKLAND, Appellant,**

v.

**John Eugene LUDGATE, et al., Respondent.**

**No. WD 34901.**

Missouri Court of Appeals, Western District.

July 24, 1984.

Roy W. Brown, Kansas City, for appellant.

E. Wayne Taff, Kansas City, for respondent.

Before LOWENSTEIN, P.J., MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from a jury trial involving damages for personal injuries in which inadequacy of verdict and improper argument were claimed.

Affirmed. Rule 84.16(b).